AO245B(Rev 02/16) Judgment in a Criminal Case                                                                 Judgment Page 2 of 8

DEFENDANT: JESSICA MEDINA
CASE NUMBER: 8:18CR152-006

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **seventy (70) months.**

☒ The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available.

2. That the defendant be incarcerated in a federal facility as close as possible to **Waseca, MN or Victorville-California.**

3. Defendant should be given credit for time served.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on _____ to _FCI Hazelton_
at _Bruceton Mills, WV_ with a certified copy of this judgment.

                                                           UNITED STATES MARSHAL
                                                           Warden

                                                    BY: _____
                                                           DEPUTY UNITED STATES MARSHAL
                                                           CJO

[FILED stamp: 2019 OCT 18 PM 2:02, OFFICE OF THE CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA]